Sure Way NY, Inc. v MVAIC (2022 NY Slip Op 50573(U))

[*1]

Sure Way NY, Inc. v MVAIC

2022 NY Slip Op 50573(U) [75 Misc 3d 137(A)]

Decided on June 10, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 10, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2020-83 K C

Sure Way NY, Inc., as Assignee of
Modeste, Sheldon, Appellant, 
against
MVAIC, Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Marshall & Marshall (Frank D'Esposito of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered August 27, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order granting a motion by defendant Motor Vehicle Accident Indemnification
Corporation (sued herein as MVAIC) for summary judgment dismissing the complaint and
denying plaintiff's cross motion for summary judgment.
Contrary to plaintiff's sole appellate contention with respect to MVAIC's motion for
summary judgment dismissing the complaint, the affidavit of MVAIC's claim representative was
sufficient to establish, prima facie, that MVAIC had timely denied plaintiff's claims (see Vincent's Hosp. of Richmond v
Government Empls. Ins. Co., 50 AD3d 1123 [2008]; cf. Exclusive Physical Therapy, P.C. v
MVAIC, 35 Misc 3d 139[A], 2012 NY Slip Op 50862[U] [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2012]). In opposition, plaintiff failed to raise a triable issue of fact.
Accordingly, the order is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 10, 2022